No. 98–5127. REEVES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5128. STEPHENS *v.* FREEDMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5129. KIERSTEAD *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 98–5133. MEASE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–5135. ASHLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5136. BRUMMITT *v.* CHANDLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5138. CANTU *v.* UNITED STATES; and
No. 98–5277. LANDAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 137 F. 3d 252.

No. 98–5140. AHMED *v.* REESE HOSPITAL AND MEDICAL CENTER. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–5141. BOOTH, AKA BOOTH-EL *v.* MARYLAND. Cir. Ct. Baltimore City, Md. Certiorari denied.

No. 98–5142. CURD *v.* ODOM, SHERIFF, WHITE COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–5143. CHRISPEN *v.* TAYLOR, JUDGE, CIRCUIT COURT OF FLORIDA, BROWARD COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5145. BROWN *v.* NORTH CAROLINA. Super. Ct. N. C., Martin County. Certiorari denied.

No. 98–5147. WEISWASSER *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5149. ZIEBARTH *v.* AGRIBANK, FCB. C. A. 8th Cir. Certiorari denied.